UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

          v.                                    No. 99-4677

KEITH DARNELL BILLINGS,
          *Defendant-Appellant.*

Appeal from the United States District Court
for the District of South Carolina, at Florence.
C. Weston Houck, District Judge.
(CR-99-249)

Submitted: October 20, 2000

Decided: November 2, 2000

Before WILKINS and KING, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

## COUNSEL

Louis H. Lang, CALLISON, TIGHE & ROBINSON, L.L.P., Columbia, South Carolina, for Appellant. J. Rene Josey, United States Attorney, Alfred W. Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Keith Darnell Billings appeals his conviction and sentence for conspiracy to possess with intent to distribute and distribution of cocaine base and powder cocaine in violation of 21 U.S.C. § 846 (1994). Finding no reversible error, we affirm.

On appeal, Billings contends that the Supreme Court's recent decision in *Apprendi v. New Jersey*, 530 U.S. ___, 120 S. Ct. 2348 (2000), requires that his conviction and sentence be vacated. Because Billings' sentence of 210 months does not exceed the twenty-year statutory maximum set out in 21 U.S.C.A. § 841(b)(1)(C) (West 1999) for the core offense without enhancement for drug quantity, we find that his sentence is permissible under *Apprendi*. *See United States v. Angle*, Nos. 96-4662/4672, 99-4187, 2000 WL 1515159, *10 (4th Cir. Oct. 12, 2000); *United States v. Aguayo-Delgado*, 220 F.3d 926, 933 (8th Cir. 2000).

Accordingly, we affirm Billings' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*